### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| SCSW, LLC,<br><br>                Plaintiff,<br><br>    v.<br><br>TEN: THE ENTHUSIAST NETWORK MAGAZINES, LLC and SOURCE INTERLINK MAGAZINES, LLC,<br><br>                Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)   C.A. No. 15-504-LPS<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **MOTION TO DISMISS**

Defendant TEN: The Enthusiast Network Magazines, LLC ("TEN"), formerly known as Source Interlink Magazines, LLC, respectfully moves this Court to dismiss the Complaint pursuant to Fed. R. Civ. P. 12(b)(6) for failing to state a claim upon which relief can be granted. The grounds for this motion are set forth in the accompanying opening brief, filed herewith.

                                                      Respectfully submitted,

                                                      ROSS ARONSTAM & MORITZ LLP

| *Of Counsel*: | */s/ Benjamin J. Schladweiler* |
|---|---|
|  | David E. Ross (#5228) |
| Frank C. Welzer | Benjamin J. Schladweiler (#4601) |
| John K. Crossman | 100 S. West Street, Suite 400 |
| ZUKERMAN GORE BRANDEIS & CROSSMAN, LLP | Wilmington, DE  19801 |
| Eleven Times Square | (302) 576-1600 |
| New York, New York  10036 | dross@ramllp.com |
| (212) 223-6700 | bschladweiler@ramllp.com |
| fwelzer@zukermangore.com |  |
| jcrossman@zukermangore.com | *Counsel for Defendant TEN: The Enthusiast Network Magazines, LLC* |

Dated:  July 24, 2015

## **CERTIFICATE OF SERVICE**

I, Benjamin J. Schladweiler, hereby certify that on July 24, 2015, a true copy of the foregoing *Motion to Dismiss* was served via electronic mail upon the following counsel of record:

| | |
|---|---|
| John G. Day<br>ASHBY & GEDDES<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE  19899<br>jday@ashby-geddes.com<br><br>*Counsel for Plaintiff SCSW, LLC* | Andrew Kazin<br>Brian A. Lacoff<br>STAGG TERENZI CONFUSIONE & WABNIK<br>401 Franklin Avenue, Suite 300<br>Garden City, NY  11530<br>akazin@stcwlaw.com<br>blacoff@stcwlaw.com<br><br>*Counsel for Plaintiff SCSW, LLC*<br><br> */s/ Benjamin J. Schladweiler*<br>Benjamin J. Schladweiler (#4601) |